IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-100 |
| | ) | |
| BAMBI COATES, | ) | Court Date: April 6th, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1863450)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 12th, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BAMBI COATES, stole things of value from the Army and Air Force Exchange Service, a department and agency of the United States, to wit: various items of merchandise with an aggregate value of less than $1,000.

(In violation of Title 18, United States Code, Section 641).

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By:    _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896

Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 1, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov